UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

SEP – 3 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| DEANGELO DAVIS, a/k/a "SPANKY", | ) ) **4:14CR00269 RWS/NCC** ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 4, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**DEANGELO DAVIS a/k/a "SPANKY",**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm; to wit: a Smith and Wesson make, SD9 model nine millimeter caliber semi-automatic pistol, bearing serial number DUY1744, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS REA, #53245MO
Assistant United States Attorney